UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re:<br>Sharonda Hatcher<br><br>AKA: Sha-ronda Hatcher<br><br><br>Debtor(s) | )<br>)<br>)<br>)<br>)<br>)<br>) | BK No.:  24-16667<br><br>Chapter:  13<br>Honorable Timothy Barnes |

## ORDER MODIFYING THE AUTOMATIC STAY

This matter coming to be heard on the Motion of Capital One Auto Finance (a division of Capital One, N.A.) to modify the automatic stay as to Debtor, due notice having been given and this Court having jurisdiction and being fully advised on the premises, IT IS HEREBY ORDERED:

1. The automatic stay is modified so as to not restrain Capital One Auto Finance from pursuing in rem non bankruptcy remedies with respect to one 2014 BMW 3 Series Sedan 4D 320xi AWD 2.0L I4 Turbo, VIN WBA3C3C52EF985755.

2. Notwithstanding anything to the contrary in Fed. R. Bankr. P. 4001(a), this Order will be effective immediately.

Enter:

Timothy A. Barnes
United States Bankruptcy Judge

Dated: October 30, 2025

**Prepared by:**

Jennifer Rinn

Rinn Richman Law

P.O. Box 465

Chicago, IL 60690

Phone: (586) 899-5086

jennifer@rinnrichmanlaw.com